UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
FARASHA WILLIAMS,

                        Plaintiff,

        - against -

ST. ANGELA MERICI a/k/a ST. ANGELA MERICI
SCHOOL a/k/a ST. ANGELA MERICI CHURCH,

                        Defendant.
------------------------------------------------------------------------X

**ORDER**

21-CV-6151(GHW)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

A conference was held with counsel to the respective parties on October 28, 2021. As a result of the discussion had during the conference, IT IS HEREBY ORDERED that:

1. all discovery, of whatever nature, be initiated so as to be completed on or before April 28, 2022;

2. the last date on which to amend pleadings will be December 9, 2021. After this date, any motion to amend will be evaluated under Rule 16(b)(4) of the Federal Rules of Civil Procedure;

3. the last date on which to join additional parties will be December 9, 2021. After this date, any motion to join additional parties will be evaluated under Rule 16(b)(4) of the Federal Rules of Civil Procedure;

4. any dispositive motion shall be filed on or before May 31, 2022;

5. the response to any such motion and any reply shall be made in accordance with Local Civil Rule 6.1 of this court; and

6. if no dispositive motion is made, the parties shall submit their joint pretrial order to the court on or before May 31, 2022. That document must conform to the

requirements for such an order that are found in the assigned district judge's

Individual Rules of Practice.

Dated: New York, New York
October 28, 2021

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

## INITIAL CONFERENCE QUESTIONNAIRE

7. If not yet made, date for completion of automatic disclosures required by Fed. R. Civ. P. 26(a) or, where applicable, Local Civil Rule 33.2 of this court.: _____

8. Number of depositions by plaintiff(s) of:      parties \_\_\_\_\_   non-parties \_\_\_\_\_

9. Number of depositions by defendant(s) of:     parties \_\_\_\_\_   non-parties \_\_\_\_\_

10. Number of depositions which the parties expect may last longer than the seven hour limit under Fed. R. Civ. P. 30(d)(2): party \_\_\_\_\_   non-party \_\_\_\_\_

11. Number of expert witnesses of plaintiff(s): \_\_\_\_\_ medical \_\_\_\_\_ non-medical
    Date for expert report(s): _____

12. Number of expert witnesses of defendant(s): \_\_\_\_\_ medical \_\_\_\_\_ non-medical
    Date for expert report(s): _____

13. Maximum number of requests for admission by: plaintiff(s) \_\_\_\_\_ and defendant(s) \_\_\_\_\_
    (Note: requests must be served at least 30 days before the discovery deadline)

14. Date for completion of all discovery: _____
    **N.B. All discovery is to be initiated so as to be completed on or before the date the parties insert at paragraph 8.**

15. Date by which plaintiff(s) will supply his or her pretrial order materials to defendant(s): _____

16. Date by which the parties will submit a pretrial order with trial briefs and either (1) proposed findings of fact and conclusions of law for a non-jury trial, or (2) proposed voir dire questions and proposed jury instructions, for a jury trial: _____

17. Is there any limitation to be placed on discovery, including any protective or confidentiality order(s)? \_\_\_\_ If yes, please provide a short statement of the limitation(s) needed.

18. Is there any discovery issue(s) on which the parties, after a good faith effort, were unable to reach agreement? \_\_\_\_ If yes, please provide a short statement of the issue(s).

Date:                                                                 Date:

_____           _____
Signature of *Pro Se* Plaintiff or                          Signature of Counsel to Defendant(s)
Counsel to Plaintiff(s)